IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANN GALLOWAY, an individual,

    Plaintiff,

vs.                                                Civ. No. 14-0022 KG/KBM

MORTGAGE STRATEGIES GROUP, LLC;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION AS TRUSTEE FOR
SECURITIZED TRUST FANNIE MAE
REMIC TRUST 2007-82; FANNIE MAE;
Timothy Mayopoulos, individually;
JPMORGAN CHASE BANK, NA; Jamie
Dimon, individually; Brian Mc Whorter,
Individually; MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, aka "MERS";
Bill Beckmann, individually; and DOES
1 THROUGH 100, INCLUSIVE,

    Defendants.

## ORDER

This matter comes before the Court upon *pro se* Plaintiff's Motion for Extension of Time, filed May 23, 2014, and Plaintiff's Amended Motion for Extension of Time, filed May 30, 2014. (Docs. 16 and 17). Plaintiff apparently moves the Court under Fed. R. Civ. P. 6(b)(1)(B) to accept her May 22, 2014, amended complaint as timely filed. *See* (Doc. 15). Plaintiff filed the amended complaint after the May 9, 2014, deadline imposed by the Court on April 23, 2014. *See* (Doc. 12). Defendants have not responded to the motions for extension of time.

Defendants' failure to respond to the motions for extension of time constitutes consent to grant the motions. *See* D.N.M. LR-Cv 7.1(b). Moreover, considering Plaintiff's *pro se* status and medical issues, the Court grants the motions for extension of time and, therefore, finds the amended complaint timely filed. The Court notes that the amended complaint supersedes

Plaintiff's original complaint. Plaintiff must also serve the amended complaint and summons upon Defendants as provided under the Federal Rules of Civil Procedure and the Local Rules.

IT IS ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. 16) is granted;

2. Plaintiff's Amended Motion for Extension of Time (Doc. 17) is granted; and

3. the amended complaint (Doc. 15) is deemed timely filed.

_____
UNITED STATES DISTRICT JUDGE