IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN GALLOWAY,

        Plaintiff,

v.                                                        CIV 14-0022 KG/KBM

MORTGAGE STRATEGIES GROUP, LLC., *et al.,*

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on Magistrate Judge Karen B. Molzen's Proposed Findings and Recommended Disposition (PFRD), filed November 18, 2014. (Doc. 57). On December 2, 2014, Plaintiff filed objections to the PFRD. (Doc. 58). Having reviewed the PFRD and objections, the Court overrules the objections and adopts the PFRD.

A party is entitled to file and serve written objections to a Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. § 636(b). For the Court to reconsider proposed findings and recommendations, Plaintiff must show "that the magistrate judge's order is clearly erroneous or contrary to law." *See id.* at § 636(b)(1)(A). Having considered *de novo* those portions of the PFRD to which Plaintiff objects, the Court cannot conclude that any part of the PFRD is clearly erroneous or contrary to law. The Court, therefore, determines that Plaintiff's objections are not well-taken and will be overruled. Hence, the Court will adopt the PFRD.

IT IS HEREBY ORDERED that

1. Plaintiff's objections (Doc. 58) are overruled; and

2. the Proposed Findings and Recommended Disposition (Doc. 57) are adopted.

_____
UNITED STATES DISTRICT JUDGE