IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN GALLOWAY,

        Plaintiff,

v.                                                                         CIV 14-0022 KG/KBM

MORTGAGE STRATEGIES GROUP, LLC., et al.,

        Defendants.

## FINAL ORDER

Pursuant to the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition, filed February 6, 2015, (*Doc.69*) ("Order"), the Court enters this Final Order pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby dismisses this action with prejudice.

_____
UNITED STATES DISTRICT JUDGE